IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

**FILED**
APR 1 8 2013
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

**IN RE:**

| | |
|---|---|
| **The Search of:** ) | No. 3:13 MJ 2028 |
| **Office Building located at 5500 Lonas Drive,** ) | |
| **Knoxville, Knox County, Tennessee** ) | UNDER SEAL |

## MOTION TO SEAL SEARCH WARRANT

Comes now the United States of America by and through William C. Killian, United States Attorney for the Eastern District of Tennessee, and Francis M. Hamilton III, and David P. Lewen, Assistant United States Attorneys, and respectfully requests that the attached Search Warrant, Application for Search Warrant with attachments, and the Affidavit of Special Agent Robert H. Root, Motion To Seal, and Order be sealed until further order of the Court, because the search of the subject property is part of an ongoing investigation, and if the search warrant were revealed at this time, it would likely jeopardize other aspects of the ongoing investigation, as well as give the subjects of the investigation time to destroy and/or alter documents that are the subject of the warrant.

WHEREFORE, the United States of America respectfully requests that this motion, the Search Warrant, Application for Search Warrant with attachments, and the Affidavit of Special Agent Robert H. Root, Motion To Seal, and ensuing Order be sealed until further order of the Court with the exception that the United States Attorney's Office will be provided a stamp-filed copy of each.

Submitted this 11 day of April, 2013.

Respectfully submitted,

<div style="margin-left: 2em;">
WILLIAM C. KILLIAN<br>
UNITED STATES ATTORNEY
</div>

BY: _____

<div style="margin-left: 2em;">
Francis M. Hamilton III<br>
David P. Lewen<br>
Assistant United States Attorneys<br>
800 Market Street, Suite 211<br>
Knoxville, Tennessee 37902<br>
Telephone: (865) 545-4167
</div>