**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

APR 1 8 2013

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

IN RE:

| | |
|---|---|
| The Search of: ) | No. 3:13-MJ-2028 |
| Office Building located at 5500 Lonas Drive, ) | |
| Knoxville, Knox County, Tennessee ) | |

## MOTION TO UNSEAL

The United States respectfully requests that the Search and Seizure Warrant, Application for

Search Warrant, including all attachments, the Affidavit of Special Agent Robert H. Root, Motion

to Seal, and Order, in the above-captioned matter be unsealed, as the law enforcement grounds for

keeping these documents under seal that were stated in the government's original motion to seal no

longer exist.

Accordingly, the United States respectfully requests that the Search and Seizure Warrant,

Application for Search Warrant, including all attachments, the Affidavit of Special Agent Robert H.

Root, Motion To Seal, and ensuing Order in the above-captioned matter be unsealed.

Submitted this 13th day of April, 2013.

Respectfully submitted,

WILLIAM C. KILLIAN
UNITED STATES ATTORNEY

BY: _____

Francis M. Hamilton III
David P. Lewen, Jr.
Assistant United States Attorneys
800 Market Street, Suite 211
Knoxville, Tennessee 37902
Telephone: (865) 545-4167