IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

IN RE:

| | |
|---|---|
| The Search of: ) | No. 3:13-MJ-2028 |
| Office Building located at 5500 Lonas Drive, ) | |
| Knoxville, Knox County, Tennessee ) | |

## ORDER

Upon motion of the United States, and it appearing that the law enforcement grounds for keeping these documents under seal no longer exist, the Search and Seizure Warrant, Application for Search Warrant, including all attachments, the Affidavit of Special Agent Robert H. Root, Motion To Seal, and Order shall be unsealed.

Entered this the 18 day of April, 2013.

_____
HONORABLE H. BRUCE GUYTON
UNITED STATES MAGISTRATE JUDGE

Presented for Entry:

WILLIAM C. KILLIAN
UNITED STATES ATTORNEY

By: _____
Francis M. Hamilton III
David P. Lewen, Jr.
Assistant United States Attorneys